IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SHATERICA STINSON,     *

         Plaintiff,     *

v.     Case No. 5:24-cv-00271-MTT-CHW

    *

COMMISSIONER OF SOCIAL SECURITY,     *

         Defendant.     *

## JUDGMENT

Pursuant to this Court's Order dated January 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 3rd day of January, 2025.

                                                                              David W. Bunt, Clerk

                                                                              s/ Raven K. Alston, Deputy Clerk