IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHATERICA STINSON, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00271-MTT-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed April 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $11,811.19 and costs in the amount of $405.00.

    This 24th day of April, 2025.

                                                  David W. Bunt, Clerk

                                                  s/  Raven K. Alston, Deputy Clerk